UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No. M-22-0001 |
| ARMIN GARZA | | |

## WAIVER OF INDICTMENT

I, ARMIN GARZA, the above-named Defendant, who is accused of a violation of Title 18 United States Code Section 371 in a Criminal Information filed in the instant case, Criminal Case Number M-22-0001 on January 5, 2022 and styled *United States of America v. Armin Garza,* being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open Court on the 6th day of January, 2022, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer